UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUSVIN GUSTAVO ARRENDONDO PERALTA,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-05045 ADS<br><br>ORDER TO SHOW CAUSE RE NONRESPONSE TO PETITION |

On September 1, 2026, Petitioner filed the instant Petition for Writ of Habeas Corpus. (Dkt. No. 1.) On September 2, 2026, General Order 26-05 was entered, directing Respondents to file an answer no later than 7 days from the issuance of General Order 26-05. (Dkt. No. 5.)

///

///

///

As of September 11, 2026, Respondents have not filed a response to the Petition. Respondents are ordered to show cause why the Petition should not be granted no later than **September 14, 2026**.

IT IS SO ORDERED.

Dated: 9/11/2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge