JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUSVIN GUSTAVO ARRENDONDO PERALTA,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-05045 ADS

JUDGMENT

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the Petition is dismissed as moot.

Dated: November 10, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge